**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7123

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY SCOTT CHOSEWOOD,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:18-cr-00618-JFA-1)

_____

Submitted:  February 26, 2026                    Decided:  March 2, 2026

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Kimberly H. Albro, Assistant Federal Public Defender, FEDERAL PUBLIC DEFENDER'S OFFICE, Columbia, South Carolina, for Appellant.  Brook B. Andrews, Acting United States Attorney, Leesa Washington, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Scott Chosewood appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. We have reviewed the record and discern no abuse of discretion in the denial of Chosewood's motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (providing standard). Accordingly, we affirm the district court's order. *United States v. Chosewood*, No. 3:18-cr-00618-JFA-1 (D.S.C. Nov. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*